# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| **Case No.** 24-11426 | **Judge:** Paul D. Borman | **Magistrate Judge:** Patricia T. Morris |

| | |
|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>Misty Leann Thompson | **Name of 1st Listed Defendant/Respondent:**<br>Michigan, State of |
| **Inmate Number:** 717306 | **Additional Information:**<br>Probationer through:<br>Tuscola County Parole/Probation<br>449 Green St<br>P.O. Box 536<br>Caro, MI 48723 |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>1018 Caro Rd.<br>Caro, MI 48723 | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☒ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☐ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes   ☐ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes   ☐ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____