UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MISTY LEANN THOMPSON,

    Petitioner,                            Case No. 2:24-CV-11426
                                                HONORABLE PAUL D. BORMAN

STATE OF MICHIGAN,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus and in accordance with the Memorandum Opinion and Order entered on June 11, 2024:

(1) The Petition for a Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is DENIED leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan, this 11th, day of June, 2024.

                                                       s/ Paul D. Borman
                                                       PAUL D. BORMAN
                                                       UNITED STATES DISTRICT
                                                       COURT JUDGE